**LENARD E. SCHWARTZER**
2850 S Jones Blvd, Suite 1
Las Vegas, NV 89146-8308
(702) 307-2022

TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>SEMAN, MICHAEL A.<br>SEMAN, MICHELLE JANINE<br><br>Debtors. | Case No. BK-S 12-11941 LBR<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>TRUSTEE'S MOTION TO SELL THE ESTATE'S INTEREST IN NOTORIOUS MOTORING, LLC<br><br>Date: May 10, 2013<br>Time: 11:00 a.m.<br>Place: Foley Bldg., Third Floor |

    The Trustee, LENARD E. SCHWARTZER, moves this Court for an order allowing him to sell personal property of the estate as set forth below.

    1. This case was commenced by the filing of a Chapter 7 Bankruptcy petition on February 23, 2012.

    2. Movant is the duly appointed and acting Chapter 7 Trustee.

    3. An asset of the estate is the estate's interest in Notorious Motoring, LLC, of which Debtor Michael A. Seman is the managing and sole member.

    4. Upon review of the financial records of Notorious Motoring, LLC ("Asset"), the owner and operator of Notorious Motoring Custom Wheels and Accessories Store, located in Las Vegas, the Trustee has determined that the Asset has a non-exempt fair market value of no more than $5,000.00.

    5. Debtors have offered to purchase the non-exempt value of the Asset for $5,000.00. Debtors will pay $2,600.00 upon entry of an order approving this motion, and the balance in six

monthly installments of $400.00.

6. It is in the best judgment of the Trustee that this sale will bring the highest return to the estate.

## MEMORANDUM OF LAW

The duties of a trustee in a Chapter 7 filing are enumerated in 11 U.S.C. § 704, which provides that:

> The trustee shall—
>
> (1) collect and reduce to money the property of the estate for which such trustee serves, and close such estate as expeditiously as is compatible with the best interests of parties in interest.

11 U.S.C. § 363(b)(1) provides that:

> The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate.

## CONCLUSION

Trustee prays for an order approving the sale of the estate's interest in Notorious Motoring, LLC, to the Debtors for the sum of $5,000.00, payable at $2,600.00 upon entry of an order approving this motion, and the balance in six monthly installments of $400.00.

Dated: March 21, 2013

_____
LENARD E. SCHWARTZER
Trustee

## DECLARATION OF TRUSTEE

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

DATED: March 21, 2013

_____
LENARD E. SCHWARTZER